**FILED**

JAMES J.VILT JR,
CLERK

July 7, 2021

U.S. DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY

**UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT
CASE: 20-5974**


**UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
BOWLING GREEN DIVISION
CASE:  1-20-cv-00065-GNS**


**HAROLD MICHAEL MILAM**                                                     **PLAINTIFF**

 **V.**

**EXECUTIVE ORDER**                                                     **DEFENDANTS**
**GOVERNOR OF KENTUCKY, et al**


**MOTION TO ADD NEW DEFENDANT**
**&**
**FOR MARSHALLS TO PROVIDE SERVICE**
**&**
*VERIFIED PETITION IN SUPPORT THEREOF*
**&**
*EMERGENCY APPLICATION FOR EMERGENCY RESTRAINING ORDER INJUNCTIVE*
*RELIEF*
**&**
*MOTION FOR LEAVE TO SUPPLEMENT*
*MOTION FOR LEAVE TO AMEND*
**&**
*DEMAND FOR FAST AND SPEEDY JURY TRIAL*
**&**
*FOR DAMAGES, COMPENSATION AND AWARDS FOR FEES*
**&**
 *FUTURE FEES*


Comes now, the plaintiff, **Harold Michael Milam**, HAVING BEEN DULY SWORN,
Pro se, in the above styled numbered action and hereby respectfully states as follows:

1. AFFIANT/PETITIONER, does not amend this action or supplement this action by this filing and rather argues that the dismissal was improper as the district court is without jurisdiction as the plaintiff, Harold Michael Milam Proceeding pro se in the instant action hereby by filing a petition seeking emergency injunctive relief based on alleged violations of his constitutional rights and while the initial complaint was was not exhaustive as to the entirety of the plaintiff's claims the most important claims including the right to travel and to attend church services What is alleged by the plaintiff as being violated by public officials amid the ongoing covid-19 pandemic.

2. However, Plaintiff failed to pay the filing fee or file an application to proceed without prepayment of fees on the proper court form which is required before seeking relief before the court And I didn't search the court-ordered plaintiff that within 10 days of the entry of its order dated 04/17/20  either pay the $400 filing fee or file an application to proceed without prepayment of fees and affidavit.

3. The clerk of the court was directed to send the plaintiff a blank application to proceed in forma pauperis and, the plaintiff complied with that order and payed the $400 filing fee on April 27th 2020.

4. At the time that the plaintiff filed the instant action, he only had a cell phone, which had a cracked screen, did not have a computer did not have the ability to access the internet tor him and being unable to secure that the mailing of said documents would be safe he reluctantly was able to pay said file fee as required by the court.

5. The plaintiff has been diligently trying to access the court and since the initial filing in this court the plaintiff has placed on (4) four  occasions placed into the mail Documents which were hand written and he intended for three of those mailings, having been addressed to this court to actually be filed in this case and of those mailings the first were the required summons with an forma pauperis motion and the second time was a Supporting memorandum, and the third time was a motion for a hearing however according to this Court's Clerk the court unfortunately never received these documents and the other document did not get delivered to the addressee either and this document was a two count pleading being a writ of habeas corpus as count one and a section 1983 claim for damages however the Barren County

Circuit Court Clerk has not yet gotten those documents either and the Jail is still investigating the matter and this is short of the fact that plaintiff isn being denied equal access to the court and equal access to the ability to access public records by pacer monitor.

6. Therefore the Defendant Seeks and herby moves to add United States Postal Service of Russell Springs Kentucky as a Defendant to this action as well as Barren County Jailer and Unknown Guards and the Circuit Court Clerk of Barren County Kentucky.

7. Plaintiff also seeks and moves this honorable court to add Pacer Monitor to the Defendant list and provide the owner with service too as they have in fact a policy that undermines a poor person's ability to to access the court in that they will not accept a prepaid debit card and this is absurd considering the fact that the plaintiff was able to pay the $400 file fee using the prepaid debit card and for the fact that they are an agent of this courts records they are acting under color of law in conspiring in a manor willfully to deprive a poor person to access this court. The ability of the plaintiff to view the documents which he has filed in this court is a complete disrespect to american people in that those records are public records which should available to the public free of charge. Quite frankly, from the investigation of the plaintiff into the history of  their procedures  and practices along with the history of owners it seems an intentional act by the pacer monitor and not only that but it appears to be an additional tax on we the people for which a private company obviously profits from as a result of their self serving policies and outrageous fees directed at the class of poor people who can not afford an attorney and only making it much more unequal. They only give one free look so unless you have a photographic memory then your required to pay a monthly fee plus 10 cents per look and that is unreasonable that they profit from publishing a document  and or work product of the filing party. THUS , PLAINTIFF HEREBY INVOKES HIS RIGHTS TO HIS WRITINGS AND DOES NOT GIVE PERMISSION FOR SAID PRIVATE COMPANY PROFIT AND OR SELL HIS WORK PRODUCTS TO AND NOTICE IS HEREBY PROVIDED THAT PLAINTIFFS DOES NOT WAIVE COPYRIGHTS OF ANY OF HIS FILINGS AND CLAIMS ALL RIGHTS TO ROYALTIES AND PROFITS HE IS ENTITLED.

8. Plaintiff specifically asks this court to grant an injunction against Pacer monitor/Fitch Solutions and require then to NOT charge a

fee to the plaintiff for the use of the library of public records of which he has contributed to as his contribution in the form of filings and a fee having been provided to this court plaintiff is therefore a member of the library and should a bare minimum be entitled to free access due to his being poor.

9. Since the beginning of this pandemic the plaintiff has experienced other trouble with the united states postal service in that he has received letters in the mail long after the time in which they were mailed. Even on one occasion mailed a writ of habeas corpus in December 2020 however that mail also appears to have been lost or something odd is going on because the Clerk in Barren County also says they are having other issues with mail since prior to the election.

10. Plaintiff has on three occasions mailed documents to this court of which were addressed to this court and due to this and other mail issues plaintiff is starting to question if someone isn't intentionally doing something with the mail in an attempt to prevent plaintiff from being able to prevail in his attempt to gain his freedom.

11.  This court has said  it never received what plaintiff mailed however plaintiff has been diligent in that he has paid the filing fee to the court and used a prepaid debit card in doing so by calling the Louisville branch making payment by telephone and has attempted to comply with the rules and orders of this court  and due to no fault of his own, his being poor and not having the ability to access the court has been the major factor and plaintiff has served the majority of defendants by way of facebook in Russell County and as such the defendant sheriff has alluded his ability to be served in that he blocked the plaintiff on facebook.

12. While this case as mentioned is much larger than the initial filing the plaintiff reserves the right to filer amended and supplemental pleadings.

13. Plaintiff hereby asks for the court to allow him to file within 20 days the supplement pleadings

14. Plaintiff states that he is still under threat  by officials and being subjected to Violence and/or violations of his inalienable citizen rights as secured under the united states constitution and will be tendering to the court other suits to protect his rights in those matters.

15. The initial question is why it is that everything plaintiff places into the mail has not been delivered to the addressee or returned to him

back by the mail and the matter has become outrageous in that he has signed for documents and never received them on a number of occasions as he received the slip for certified mail on three occasions and signed for their redelivery and the mail he signed for was never delivered and on one occasion received a document which required his signature and he never signed for and that involves another case soon to be filed which is evidence in the case against united states postal service.

16. Plaintiff has been illegally arrested on October 2 2020 of which his car has illegally seized and leaving him homeless to live under a bridge in Louisville for a number of days and it took him 13 days to finally get home and his cloths and other things of necessity are in said car and he has been arrested illegally on december 17th 2020 and has been since then been notified that a warrant exist for his arrest now of which he is filing a separate action over.

17. PACER MONITOR, FITCH SOLUTIONS, INC.  33 Whitehall St FL 19, New York, NY, 10004-2148, United States  STATUTORY AND CONSTITUTIONAL PROVISIONS INVOLVED 42 U.S.C. § 1983 provides: "Every person who, under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia, subjects, or causes to be subjected, any citizen of the United States or other person within the jurisdiction thereof to the deprivation of any rights, privileges, or immunities secured by the Constitution and laws, shall be liable to the party injured in an action at law, suit in equity, or other proper proceeding for redress.

18. Due to being poor the plaintiff and being unable to afford an attorney to represent him and having an inability to find an attorney offering pro bono services he is forced to represent represent himself in this matter and as such the plaintiff is entitled to  afforded equal justice the plaintiff has to have qual access to the court and the public records and it can not reasonably be held that he has failed in his duty.

19. Defendants are aware of the proposed litigation and while defendants will argue quote " we were not served, the statute of limitations has expired or they are immune from suit" said argument is expected however their inability to be served is thus their own fault and the ability to be served has been prolonged by their own actions and it can not by any means what so ever be argued that they possess the type of power to commit intentional

acts in an unconstitutional nature against the rights of the plaintiff so as to secure their ability not to be brought to justice and as such this does show a conspiracy and joining of the minds to deprive the plaintiff of constitutional rights in furtherance of their attempts to elude and or obstruct service of process in an attempt not to be brought to justice it is the plaintiff who is prejudiced and not the defendants as they are expected to argue as they are  not prejudiced by their own  intentional actions and as such their violations of the plaintiff rights of which have continued in a way that has not stopped since 2006 shows their continuing of said acts and meeting of the minds plaintiffs rights have been violated continuously and on-going since 2006.

WHEREFORE, PLAINTIFF HAROLD MICHAEL MILAM HEREBY DEMANDS THAT THIS HONORABLE UNITED STATES COURT ENTER ORDERS NOW TO HONOR AND UPHOLD THE UNITED STATES CONSTITUTION AND  TO UPHOLD THE INTEGRITY WITHIN ALL COURTS WITHIN THE  UNITED STATES OF AMERICA.

Respectfully submitted,

SIGNED ELECTRONICALLY BY THE PLAINTIFF, HAROLD MICHAEL MILAMON THIS THE 6th DAY OF JULY 2021.

HAROLD MICHAEL MILAM ^H.M.M. VI:XXXIII