UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
BOWLING GREEN DIVISION
CIVIL ACTION NO. 1:20-CV-00065-GNS

HAROLD MICHAEL MILAM                                                                            PLAINTIFF

v.

GOVERNOR OF KENTUCKY, et al.                                                              DEFENDANTS

## ORDER

This matter is before the Court on Plaintiff's Motion to Amend the Complaint (DN 18).

On August 10, 2020, the Court dismissed Plaintiff's claims without prejudice due to his failure to respond to the show cause order arising from Plaintiff's failure to request the issuance of summonses and perform service of process on Defendants. (Order, DN 8). On August 31, 2020, the Court denied Plaintiff's motion seeking reconsideration of order of dismissal, and the Sixth Circuit subsequently dismissed Plaintiff's appeal for lack of prosecution. (Order, DN 14; Order, DN 16).

On July 7, 2021, Plaintiff filed the present motion seeking to amend the Complaint. Because this motion was filed more than 11 months after this action was closed and Plaintiff has not justified his dilatoriness to reopen this matter, the Court will deny the motion.

Accordingly, **IT IS HEREBY ORDERED** that Plaintiff's Motion to Amend the Complaint (DN 18) is **DENIED AS MOOT**.

Greg N. Stivers, Chief Judge
United States District Court

August 5, 2021

cc:  counsel of record
     Harold Michael Milam, *pro se*